UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CARL OSMENT (#96203)

VERSUS                                                    CIVIL ACTION

HOWARD PRINCE, ET AL                                     NUMBER 10-215-RET

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated April 15, 2011. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the petition of Carl Osment for habeas corpus relief will be dismissed, with prejudice, as untimely pursuant to 28 U.S.C. § 2244(d).

Baton Rouge, Louisiana, July /4 , 2011.

_____
RALPH E. TYSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA